FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIANO E. VISAYA, JR, <br><br>     Plaintiff, <br><br>     v. <br><br> PATRICK A. TRUE, in his individual capacity, and DAVID THERRIEN-POWER, in his individual capacity, <br><br>     Defendants. | No. 1:25-CV-03055-SAB <br><br> **ORDER DISMISSING CASE; CLOSING FILE** |

    Plaintiff filed his Complaint on April 28, 2025, alleging civil rights claims against various employees of Yakima County, including judges and court commissioners, as well as two private attorneys. On August 26, 2025, the Court granted the Yakima County Defendants' Motion to Dismiss, ECF No. 35. The next day, Plaintiff filed a Notice of Voluntary Dismissal in which he asks the Court to dismiss the claims against the remaining two Defendants with prejudice, ECF No. 36.

//

//

//

**ORDER DISMISSING CASE; CLOSING FILE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned case is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of September 2025.



Stan Bastian
Chief United States District Judge